[No. 25023-0-I. Division One. April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. FLEETWOOD
ELBERT WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 89-1-00422-7, Michael F. Moynihan, J.,

entered October 19, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Kennedy, JJ.